OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
**OFFICIAL BUSINESS**
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE )) PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 20 2015

WR-59,744-06

11/16/2015
**FONTENETTE, GABRIEL Jr.** Tr. Ct. No. 1262676-B
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

GABRIEL FONTENETTE JR.

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO. SHERIFF'S DEPT.

EBN3B 77002